1  RAOUL D. KENNEDY (CA SBN 40892)
   raoul.kennedy@skadden.com
2  JAMES P. SCHAEFER (CA SBN 250417)
   james.schaefer@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  KENNETH A. PLEVAN (*pro hac vice*)
   kenneth.plevan@skadden.com
7  ANGELA COLT (CA SBN 286275)
   angela.colt@skadden.com
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
9  New York, New York 10036
   Telephone: (212) 735-3000
10 Facsimile:  (917) 777-3000
   Attorneys for Defendant HAMPTON CREEK, INC.

11

12 *Counsel continued on next page*

                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16 DANIEL DURAN, individually, and          ) Case No.: 3:15-cv-05497-LB
   on behalf of all others similarly situated, )
17                                           ) **JOINT STIPULATION OF VOLUNTARY**
                              Plaintiff,     ) **DISMISSAL WITH PREJUDICE**
18                                           ) **PURSUANT TO FEDERAL RULE OF**
                 v.                          ) **CIVIL PROCEDURE 41(a)(1)(A)(ii)**
19                                           )   ORDER
   HAMPTON CREEK, INC.,                      )
20                                           )
                              Defendant.     )
21                                           ) Judge:      Honorable Laurel Beeler

22

23

24

25

26

27

28

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**                 **CASE NO. 3:15-cv-05497-LB**

1  SCOTT EDWARD COLE (CA SBN 160744)
   scole@scalaw.com
2  MATTHEW R. BAINER (CA SBN 220972)
   mbainer@scalaw.com
3  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
4  Oakland, California, 94612
   Telephone:      (510) 891-9800
5  Facsimile:      (510) 891-7030

6  Attorneys for Plaintiff DANIEL DURAN and
   the PUTATIVE CLASSES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Daniel Duran and Defendant Hampton Creek, Inc., by and through their counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii), that this action is dismissed **with prejudice**.

Dated:      June 23, 2016          By:   /s/ Kenneth A. Plevan
                                              Kenneth A. Plevan

RAOUL D. KENNEDY (CA SBN 40892)
raoul.kennedy@skadden.com
JAMES P. SCHAEFER (CA SBN 250417)
james.schaefer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

KENNETH A. PLEVAN (*pro hac vice*)
kenneth.plevan@skadden.com
ANGELA COLT (CA SBN 286275)
angela.colt@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (917) 777-3000

Attorneys for Defendant HAMPTON CREEK, INC.

Dated:      June 23, 2016          By:   /s/ Matthew R. Bainer
                                              Matthew R. Bainer

SCOTT EDWARD COLE (CA SBN 160744)
scole@scalaw.com
MATTHEW R. BAINER (CA SBN 220972)
mbainer@scalaw.com
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California, 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030

Dated: June 23, 2016

Attorneys for Plaintiff DANIEL DURAN and the PUTATIVE CLASSES

UNITED STATES DISTRICT
APPROVED
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA

1

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**          **CASE NO. 3:15-cv-05497-LB**
930118-NYCSR06A - MSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

_____ /s/ Kenneth A. Plevan _____

2